IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| SOLENA FUELS CORPORATION | * | Case No: 15-24430-WIL |
|    Debtor | * | |
| * * * * * * | * * * * * * | |
| | * | |
| GARY A. ROSEN, Chapter 7 Trustee of SOLENA FUELS CORPORATION One Church Street, Suite 800 Rockville, Maryland 20850 | * * | Adv. Proc. No: 17-000471 |
|    Plaintiff | * | |
| v. | * | |
| DR. ROBERT T. DO 10600 Red Barn Lane Potomac, Maryland 20854 | * * | |
|    Defendant. | * | |
| * * * * * * | * * * * * * | |

**REQUEST TO REISSUE SUMMONS FOR
COMPLAINT TO RECOVER FRAUDULENT TRANSFERS**

Mr. Clerk:

Plaintiff, GARY A. ROSEN, Chapter 7 Trustee ("Trustee" or "Plaintiff") of SOLENA FUELS CORPORATION ("Solena"), by counsel, hereby requests the reissuance of the Summons and Notice of Pre−Trial Conference (the "Summons") in the above-captioned adversary proceeding.  The Summons was entered during a period of time when counsel for the Trustee had extensive litigation and court hearings that interfered with his ability to be at his office.  Counsel respectfully requests that the Court please reissue the Summons.

WHEREFORE, the Plaintiff prays that a Summons be reissued for service and that a new pre-trial hearing be set if needed.

Dated:  December 27, 2017   */s/ Paul Sweeney*
Paul Sweeney, Esquire, 07072
Andrew Gerlowski, Esquire, 19953
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044
Phone:  (443) 569-5972
Fax:  (410) 571-2798
psweeney@yvslaw.com; agerlowski@yvslaw.com
*Counsel for Plaintiff, Gary A. Rosen,*
*Chapter 7 Trustee of Solena Fuels Corporation*

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December 2017, notice of the Request to Reissue Summons for Complaint to Recover Fraudulent Transfers was served through the Court's CM/ECF service and a copy was sent electronically to the U.S. Trustee as indicated below.

US Trustee – Greenbelt
*Via email:*  USTPRegion04.GB.ECF@USDOJ.GOV

*/s/ Paul Sweeney*