## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| SOLENA FUELS CORPORATION | * | Case No: 15-24430-WIL |
|    Debtor | * | |
| * * * * * * | * * * * * * | |
| GARY A. ROSEN, Chapter 7 Trustee | | |
|    Plaintiff | * | |
| v. | * | Adv. Proc. No: 17-000471 |
| DR. ROBERT T. DO | * | |
|    Defendant. | * | |
| * * * * * * * * * * * * | | |

### CERTIFICATE OF SERVICE OF SUMMONS

I HEREBY CERTIFY that on the 2nd day of January 2018, Plaintiff, Gary A. Rosen, Chapter 7 Trustee ("Trustee" or "Plaintiff") of Solena Fuels Corporation, by counsel, served the Reissued Summons and Notice of Pre-Trial Conference together with the Complaint to Recover Fraudulent Transfers upon the Defendant, Dr. Robert T. Do, by first class mail, postage prepaid, as shown below.

      Robert T. Do
      10600 Red Barn Lane
      Potomac, MD 20854

Dated: January 2, 2018
                              */s/ Paul Sweeney*
                              Paul Sweeney, Esquire, 07072
                              Andrew Gerlowski, Esquire, 19953
                              Yumkas, Vidmar, Sweeney & Mulrenin, LLC
                              10211 Wincopin Circle, Suite 500
                              Columbia, Maryland 21044
                              Phone: (443) 569-5972
                              Fax: (410) 571-2798
                              psweeney@yvslaw.com; agerlowski@yvslaw.com
                              *Counsel for Plaintiff, Gary A. Rosen,*
                              *Chapter 7 Trustee of Solena Fuels Corporation*

- 2 –

CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of January 2018, notice of the Reissued Summons and Notice of Pre-Trial Conference (the "Summons") and the Complaint to Recovery Fraudulent Transfers (the "Complaint") was served through the Court's CM/ECF service and a copy of the Summons and Complaint was served upon the Defendant by first class mail, postage prepaid and served electronically to the U.S. Trustee as indicated below.

    *Via first class mail, postage prepaid:*
    Robert T. Do
    10600 Red Barn Lane
    Potomac, MD 20854

    *Via electronic mail:*
    US Trustee – Greenbelt
    *Via email:* USTPRegion04.GB.ECF@USDOJ.GOV

                                          */s/ Paul Sweeney*