✓ RETAIN

**Wendelin I. Lipp, U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y /N/
Exhibits Filed: Y /N/

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 06/11/2018 Time: 02:00

**CASE: 17-00471 Rosen et al v. Do**

Related: 15-24430 Solena Fuels Corporation

Paul Sweeney representing Gary Rosen (Plaintiff)
(Jonathan Lawrence Gold) representing Rajeev Sharma, et al. (Plaintiff) [NS]
William David Day representing Robert T. Do (Defendant)

[8] Motion to Dismiss Adversary Proceeding Filed by Robert T. Do. (Attachments: #s4 Proposed Order)

*(handwritten note: Mark Sosnowsky for the Solena Group)*

**FILED BY**: Robert Do BY W Day

[1] Adversary case 17-00471. (13 (Recovery of money/property - 548 fraudulent transfer)) Complaint by Paul Sweeney on behalf of Gary Rosen against Robert T. Do. The filing fee is DEFERRED - Plaintiff is the Trustee in the Bankruptcy case and will pay the fee to the extent that there is an estate.

**FILED BY**: Gary Rosen BY P Sweeney

[9] Opposition on behalf of Gary Rosen Filed by Paul Sweeney (related document(s) 8 Motion to Dismiss Adversary Proceeding filed by Defendant Robert T. Do).

**FILED BY**: Gary Rosen BY P Sweeney

SCHEDULE:

1. Discovery cutoff: __90 days__       6. Pretrial memos/exhibits: _____
2. Dispositive motions: _____         7. Trial times est: __2__ days __ hrs
3. Status report due: _____           8. Trial date: __3/18 & 3/19/19__ time: __10 AM__
4. Motions hrg. date: __12/12/18 @ 10 AM__   9. Expert witness & Rpts: _____
5. Final pretrial hrg: __3/4/19 @ 10 AM__    10. Reissue Summons: _____

DISPOSITION: __14 days from ~~Dismissal~~ Dismissal to file an Answer__

Granted__ Denied [8] Withdrawn__ Default__ Consent__ Under Adv.__

Adjourned / Continued to: _____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                              _____ Withdrawn/ Dismissed/ Deny

Amount: $ _____      for want of Prosecution

                                       _____ Day Settlement Order

_____Decision Reserved                _____ Moot

_____Default / No Response            _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order                 _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____


DECISION:

    [ ] Signed by Court            [ ] Filed by Counsel
    [✓] To be prepared by:
       [ ] plaintiff's counsel       [✓] Court
       [ ] defendant's counsel       [ ] Other _____

NOTES: