

/s/ Wendelin I. Lipp
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
|    Solena Fuels Corporation | * | Case No.  15-24430 WIL |
| | * | Chapter  7 |
|    Debtor(s) | * | |
| The Solena Group | * | |
| | * | |
|    Plaintiff(s) | * | |
| vs. | * | Adversary No.  17-00471 |
| | * | |
| Robert T. Do | * | |
| | * | |
|    Defendant(s) | * | |

### SCHEDULING ORDER

For good cause appearing, IT IS ORDERED

1.   Discovery is to be completed by **September 26, 2018**.

2. Expert witnesses and reports are to be disclosed and furnished by **August 27, 2018**.

3. Dispositive Motions by any party are to be filed by **October 10, 2018**, the hearing on any timely filed Dispositive Motions is set for **December 12, 2018 at 10:00 a.m**. in Courtroom 3-C.

4. A Status Report from counsel setting forth fully the status of the case is due on **September 26, 2018**.

5. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1 (c) and copies exchanged with opposing counsel by **February 11, 2019**.

### INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED

Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number. Each exhibit shall be tabbed by exhibit number.

**IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

6. Parties shall file written objections to pre-filed exhibits by **February 25, 2019**. Any party that fails to file a written objection by this deadline will be barred from objecting to the exhibit when it is moved for admission into evidence at trial.

7. All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1 (b) by **February 25, 2019**.

8. A final pre-trial conference will be held on **March 4, 2019 at 10:00 a.m**. in Courtroom 3-C.

9. Trial time estimate **2 days**.

10. TRIAL IS SET FOR **March 18, 2019 and March 19, 2019** beginning at **10:00 a.m**. each day.

Copies of all pleadings are to be served on the Office of the U.S. Trustee.

cc: Plaintiff
Counsel for Plaintiff
Defendant
Counsel for Defendant

**END OF ORDER**