_____ RETAIN ✓

_____

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**       Evidentiary Hrg: Y (N)
                                                    Exhibits Filed: (Y) N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 12/12/2018 Time: 10:00

**CASE: 17-00471 Rosen et al v. Do**

Related: 15-24430 Solena Fuels Corporation

Paul Sweeney representing Gary Rosen (Plaintiff)
(Jonathan Lawrence Gold) representing Rajeev Sharma, et al. (Plaintiff)
(William David Day) representing Robert T. Do (Defendant)

[26] Motion For Partial Summary Judgment on Liability Filed by Rajeev Sharma, et al.. (Attachments: #s6 Exhibit FF-UU) (Gold, Jonathan) Modified on 10/11/2018 (Hegerle, Robert).

*Mark Sosnowsky for the Selena Group*

**FILED BY** : Rajeev Sharma, et al. BY J Gold

[38] Opposition on behalf of Robert T. Do Filed by William David Day (related document(s) 5 Proposed Order)

**FILED BY** : Robert Do BY W Day

*Kate Mosely for Selena Group*

[41] Response on behalf of Rajeev Sharma, et al. Filed by Jonathan Lawrence Gold (related document(s) 1 Exhibit)

[42] Response on behalf of Rajeev Sharma, et al. Filed by Jonathan Lawrence Gold (related document(s) 38 Opposition filed by Defendant Robert T. Do).

SCHEDULE:

1. Discovery cutoff:_____    6. Pretrial memos/exhibits:_____
2. Dispositive motions:_____ 7. Trial times est:_____days____hrs
3. Status report due:_____   8. Trial date:_____ time:_____
4. Motions hrg. date:_____   9. Expert witness & Rpts:_____
5. Final pretrial hrg:_____  10. Reissue Summons:_____

DISPOSITION: *Count I on Count V  $30,219 - atty's fees to be submitted w/in 30 days + 14 days for opposition*

Granted ✓   Denied ✓ Withdrawn____ Default____ Consent____ Under Adv.____
            *II, III, IV + VI*

Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

```
_____Judgment for Plaintiff(s)_____
_____Judgment for Defendant(s)_____
_____Consent                        _____ Withdrawn/ Dismissed/ Deny
Amount: $ _____            for want of Prosecution
                                     _____ Day Settlement Order
_____Decision Reserved              _____ Moot
_____Default / No Response          _____ Soldiers and Sailors Affidavit Due
_____Show Cause Order               _____ Other:_____
Adjourned / Continued to:_____ at _____.m. Notice: YES / NO
Post Trial Memos Due: Plaintiff:_____ Defendant:_____
```

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [✓] To be prepared by:
        [✓] plaintiff's counsel    [ ] Court
        [ ] defendant's counsel   [ ] Other _____

NOTES: