UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SOLENA FUELS CORPORATION | : | Case No. 15-24430-WIL |
| | : | (Chapter 7) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY A. ROSEN, | : | |
| Chapter 7 Trustee | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. 17-00471 |
| | : | |
| | : | |
| DR. ROBERT T. DO | : | |
| | : | |
| Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE PLAINTIFFS

Pursuant to Fed. R. Bankr. P. 7025 and Fed. R. Civ. Proc. 25(c), Rajeev Sharma, Aryeh

Davis, Avi Hoffer, Richard Wenzel, Brian Miloski, Joseph Carlin, Richard Cohen, Arthur

Samberg, GreenFuel Technology LLC, Acadia Woods Partners, LLC, Samberg Family

Foundation, Inc., GA Development, LLC, SAN Development Company, LLC, ZLC Investments,

LLC, and ALQIMI GE&F Holdings, LLC, (collectively, the "Assignee-Transferors") hereby

move to substitute SGNA LLC, and ALQIMI Technology Solutions, Inc. (collectively, the

"Assignee-Transferees") as the sole Plaintiffs in this action.  Counsel for Mr. Do has stated that

he does not oppose the relief requested in the motion.

In support of their motion, the parties state further as follows:

1.      The debtor entity, Solena Fuels Corporation ("Debtor" or "SFC"), was a

Delaware corporation, which filed for bankruptcy on October 16, 2015.  Case No. 15-24430 at

Dkt. No. 1.

2.        On October 17, 2015, Gary A. Rosen was appointed Interim Trustee. Case No. 15-24430 at Dkt. No. 4.

3.        On November 30, 2017, the Trustee filed this Adversary Proceeding against Defendant Robert Do.  Dkt. No. 1.

4.        On April 13, 2016, the Court granted the Trustee's motion to assign the estate's claims against Do to the Assignee-Transferors and Assignee-Transferees.  Case No. 15-24430 at Dkt. No. 33.

5.        The Assignee-Transferors have recently elected to consolidate the claims in two entities that are also presently plaintiffs:  SGNA LLC, and ALQIMI Technology Solutions, Inc.  Accordingly, the Assignee-Transferors have executed an assignment agreement whereby all of the Plaintiffs' interests in the claims in this case have been assigned to current plaintiffs SGNA LLC, and ALQIMI Technology Solutions, Inc.  The Assignee-Transferors no longer have any direct interest in this litigation, outside their respective interests in the Assignee-Transferees.

6.        The Assignment will not, and is not intended to, prejudice any party or diminish any of the claims.  The Assignee-Transferees have been plaintiffs since the April 13, 2016 assignment from the trustee and they remain plaintiffs, only now have assumed all of the rights of the Assignee-Transferors.

WHEREFORE the Assignee-Transferors and Assignee-Transferees respectfully move for an Order substituting SGNA LLC, and ALQIMI Technology Solutions, Inc. for Rajeev Sharma, Aryeh Davis, Avi Hoffer, Richard Wenzel, Brian Miloski, Joseph Carlin, Richard Cohen, Arthur Samberg, GreenFuel Technology LLC, Acadia Woods Partners, LLC, Samberg

Family Foundation, Inc., GA Development, LLC, SAN Development Company, LLC, ZLC

Investments, LLC, and ALQIMI GE&F Holdings, LLC, as plaintiffs in this action.

.

DATED:  May 22, 2019


Respectfully submitted

/s/ Jonathan L. Gold
Jonathan L. Gold
Michael Best & Friedrich LLP
1000 Maine Ave., S.W., Suite 400
Washington DC, 20024
202.747.9594
jlgold@michaelbest.com

and


*Mark H.M. Sosnowsky*
Mark H.M. Sosnowsky (admitted PHV)
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC 20005
202.354.1327
mark.sosnowsky@dbr.com

*Counsel to the Assignees*

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2019, I electronically filed the foregoing **MOTION TO**

**SUBSTITUTE PLAINTIFFS** with the Clerk of the Court using the CM/ECF system, which

will send notification of such filing to the following:

Paul Sweeney
Andrew Gerlowski
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland 21044
Email: psweeney@yvslaw.com
Email: agerlowski@yvslaw.com

William Day
William Day Law Group, LLC
98 Church Street
Rockville, MD 20850
301-605-1722
williamdaylaw.com
Day@williamdaylaw.com

_/s/ Jonathan L. Gold_____
Jonathan L. Gold
Counsel to the Assignees