

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SOLENA FUELS CORPORATION | : | Case No. 15-24430-WIL |
| | : | (Chapter 7) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY A. ROSEN, | : | |
| Chapter 7 Trustee | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. 17-00471 |
| | : | |
| | : | |
| DR. ROBERT T. DO | : | |
| | : | |
| Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING
MOTION TO SUBSTITUTE PLAINTIFFS**

**UPON CONSIDERATION** of the Consent Motion to Substitute SGNA LLC, and ALQIMI Technology Solutions, Inc. as Plaintiffs, and pursuant to Fed. R. Bankr. P. 7025 and Fed. R. Civ. Proc. 25(c), it is hereby

**ORDERED** that the motion is **GRANTED;** and it is further,

**ORDERED** that SGNA LLC, and ALQIMI Technology Solutions, Inc. are hereby substituted for Rajeev Sharma, Aryeh Davis, Avi Hoffer, Richard Wenzel, Brian Miloski, Joseph Carlin, Richard Cohen, Arthur Samberg, GreenFuel Technology LLC, Acadia Woods Partners, LLC, Samberg Family Foundation, Inc., GA Development, LLC, SAN Development Company, LLC, ZLC Investments, LLC, and ALQIMI GE&F Holdings, LLC, as plaintiffs in this action.

**SO ORDERED.**

cc:	Plaintiffs
	Plaintiffs Counsel
	Defendant
	Defendant's Counsel
	Chapter 7 Trustee

**END OF ORDER**