UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SOLENA FUELS CORPORATION | : | Case No. 15-24430-WIL |
| | : | (Chapter 7) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY A. ROSEN, | : | |
| Chapter 7 Trustee | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. 17-00471 |
| | : | |
| | : | |
| DR. ROBERT T. DO | : | |
| | : | |
| Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION TO CONTINUE STATUS HEARING**

Assignees, SGNA LLC, and ALQIMI Technology Solutions, Inc. (collectively, the "Assignees"), jointly move to continue the hearing presently scheduled for July 17, 2019. In support of their motion, Assignees state further as follows:

1. The Court scheduled a Status Hearing for July 17, 2019. Dkt. No. 75.

2. Mr. Sosnowsky, counsel for Assignees is scheduled to be out of the area on a pre-paid vacation at that time.

3. Counsel for Dr. Do has stated that he does not oppose continuing the Status Hearing. Further, the parties note that they have made significant progress in settlement negotiations and intend to use the additional time to memorialize final terms, in which case the Status Hearing may no longer be necessary.

4. Under the circumstances, the parties wish to preserve their and the Court's limited resources and respectfully submit that a brief continuance of the Status Hearing is warranted.

**WHEREFORE** the Assignees respectfully move for an Order continuing the Status Conference to August 14, 2019 at 10:30 a.m.

DATED: July 5, 2019

Respectfully submitted

/s/ Jonathan L. Gold
Jonathan L. Gold
Michael Best & Friedrich LLP
601 Pennsylvania Avenue NW, Suite 700 S.
Washington DC, 20004
202.747.9594
jlgold@michaelbest.com

and

/s/ William D. Day (with consent)
WILLIAM D. DAY (Fed. Bar No. 16710)
4701 Sangamore Road, Ste. 100 N
Bethesda, MD 20816
(202) 253-3576
day@williamdaylaw.com

*Counsel for Robert T. Do*

*Mark H.M. Sosnowsky*
Mark H.M. Sosnowsky (admitted PHV)
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC 20005
202.354.1327
mark.sosnowsky@dbr.com

*Counsel to the Assignees*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 5, 2019, I electronically filed the foregoing Joint Motion to Continue Trial Date and for Mediation Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Sweeney
Andrew Gerlowski
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland 21044
Email: psweeney@yvslaw.com
Email: agerlowski@yvslaw.com

William Day
William Day Law Group, LLC
98 Church Street
Rockville, MD 20850
301-605-1722
williamdaylaw.com
Day@williamdaylaw.com

                                            */s/ Jonathan L. Gold*
                                            Jonathan L. Gold
                                            Counsel to the Assignees

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SOLENA FUELS CORPORATION | : | Case No. 15-24430-WIL |
| | : | (Chapter 7) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY A. ROSEN, Chapter 7 Trustee | : : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. 17-00471 |
| | : | |
| | : | |
| DR. ROBERT T. DO | : | |
| | : | |
| Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

**UPON CONSIDERATION** of the Assignees' Consent Motion to Continue Status Hearing, it is by the United States Bankruptcy Court for the District of Maryland hereby

**ORDERED** that the motion is **GRANTED;** and it is further,

4

      **ORDERED** that the Status Hearing scheduled for July 17, 2019 is continued until August 14, 2019 at 10:30 a.m.

.

**SO ORDERED.**

cc:    Plaintiffs
        Plaintiffs' Counsel
        Defendant
        Defendant's Counsel
        Chapter 7 Trustee

**END OF ORDER**